

# NUMBER 13-23-00481-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**KAREN COURT-KENNEDY,**                                                                 **Appellant,**

**v.**

**TEXAS STATE ROOFING**
**COMPANY, LLC,**                                                                          **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 4
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña**
**Memorandum Opinion by Justice Peña**

Proceeding pro se, appellant Karen Court-Kennedy[1] filed an amended notice of

---

[1] Appellant's name appears in the record as Karen Court, Karen Court Kennedy, Karen Court-Kennedy, Karen Court Olwell, and Karen Court-Olwell.

appeal from a final judgment denying her bill of review. On March 21, 2024, the Clerk of this Court advised appellant that her brief was due on March 15, 2023, that the brief had not been timely filed, and that the appeal would be dismissed unless, within ten days, appellant explained the failure to file the brief and the appellee would not be significantly injured by a late filing. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), (c). To date, appellant has neither responded to the Clerk's directive nor filed her appellate brief in this matter.

The Court, having examined and fully considered the foregoing sequence of events, is of the opinion that the appeal should be dismissed for want of prosecution. *See id.* R. 38.8(a); *Nevarez v. Elguea*, 181 S.W.3d 540, 541 (Tex. App.—El Paso 2005, no pet.). Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
2nd day of May, 2024.

2